IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELI LILLY AND COMPANY and THE TRUSTEES OF PRINCETON UNIVERSITY,<br><br>     Plaintiffs,<br><br>v.<br><br>TEVA PARENTERAL MEDICINES, INC.,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. _____ |

### ELI LILLY AND COMPANY'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Eli Lilly and Company, a nongovernmental corporate party organized and existing under the laws of the State of Indiana, states that Eli Lilly and Company has no parent corporation and that no publicly held company owns 10% or more of its stock.

*[signature]*

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE  19801
(302) 651-7700
(302) 651-7701 (Facsimile)

OF COUNSEL:
Bruce R. Genderson
Adam L. Perlman
Ellen E. Oberwetter
Dov P. Grossman
David M. Krinsky
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000
(202) 434-5029 (Facsimile)

*Attorneys for Plaintiff Eli Lilly and Company*

Dated:  June 5, 2008

RLF1-3289678-1