## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

ELI LILLY AND COMPANY and )
THE TRUSTEES OF PRINCETON )
UNIVERSITY, )
       )
             Plaintiffs, )
       )
             v. )    C. A. No. 08-335-GMS
       )
TEVA PARENTERAL MEDICINES, INC., )
       )
             Defendant. )
       )

### MOTION AND ORDER
### FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Bruce R. Genderson, Adam L. Perlman, Ellen E. Oberwetter, Dov P. Grossman and David M. Krinsky of Williams & Connolly LLP, 725 Twelfth Street, NW, Washington, DC 20005-5901, to represent Plaintiffs, Eli Lilly and Company and The Trustees of Princeton University, in this matter.

OF COUNSEL:
Bruce R. Genderson
Adam L. Perlman
Ellen E. Oberwetter
Dov P. Grossman
David M. Krinsky
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
(202) 434-5029 (Facsimile)

Dated: June 16, 2008

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
(302) 651-7701 (Facsimile)
*Attorneys for Plaintiffs Eli Lilly and Company
and The Trustees of Princeton University*

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted

on this _____ day of _____, 2008.

_____
United States District Judge

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk's Office upon the filing of this motion.


Signed: _____
              Bruce R. Genderson

Date: ___6/9/08___


Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk's Office upon the filing of this motion.

Signed: _____
Adam L. Perlman

Date: 6/9/08

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk's Office upon the filing of this motion.

Signed: _Ellen Oberwetter_

Ellen E. Oberwetter

Date: _6/9/08_

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk's Office upon the filing of this motion.


Signed: _Dov P. Grossman_
        Dov P. Grossman

Date: _6|11|08_

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am
admitted, practicing and in good standing as a member of the Bar of the District of
Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this
Court for any alleged misconduct which occurs in the preparation or course of this action.
I also certify that I am generally familiar with this Court's Local Rules. In accordance
with Standing Order for District Court Fund effective 1/1/05, I further certify that the
annual fee of $25.00 will be paid to the Clerk's Office upon the filing of this motion.

Signed: _____
              David M. Krinsky

Date: 6/9/08

Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, I caused to be served the foregoing

document on the following party of record in the manner and at the address listed below:

### VIA FIRST CLASS MAIL

Teva Parenteral Medicines, Inc.
c/o Corporate Creations Network, Inc.
3411 Silverside Road
Rodney Building #104
Wilmington, DE   19810

Anne Shea Gaza (#4093)
Gaza@rlf.com