IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELI LILLY AND COMPANY and,<br>THE TRUSTEES OF PRINCETON<br>UNIVERSITY<br><br>      Plaintiffs,<br><br>      v.<br><br>TEVA PARENTERAL MEDICINES, INC.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-335-GMS<br>)<br>)<br>)<br>)<br>) |

**STATEMENT OF TEVA PARENTERAL MEDICINES, INC.'S
PURSUANT TO FEDERAL RULE 7.1(a)**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Teva Parenteral Medicines, Inc. ("Teva Parenteral") hereby discloses that Teva Parenteral is an indirect wholly owned subsidiary of Teva Pharmaceuticals USA, Inc. ("Teva USA"). Teva USA is an indirect wholly owned subsidiary of Teva Pharmaceutical Industries Ltd. ("Teva Israel"), which is a publicly traded company.

Teva Israel is the only publicly traded company that owns 10% or more of Teva Parenteral.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ John Shaw
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
jshaw@ycst.com

LIBA/1905697.1

2

*Of Counsel:*

GOODWIN PROCTER LLP
Francis C. Lynch
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

April E. Abele
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
(415) 733-6000

*Attorneys for Defendant,*
*TEVA PARENTERAL MEDICINES, INC.*

Dated: June 26, 2008

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on June 26, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>   Anne Shea Gaza, Esquire
>   Richards Layton & Finger PA
>   One Rodney Square
>   920 North King Street
>   Wilmington, DE 19801

I further certify that on June 26, 2008, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### *By E-Mail*

>   Bruce R. Genderson (bgenderson@wc.com)
>   Adam L. Perlman (aperlman@wc.com)
>   Williams & Connolly LLP
>   725 Twelfth Street, N.W.
>   Washington, DC 20005

>   YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
>   /s/ John W. Shaw
>   John W. Shaw (No. 3362)
>   The Brandywine Building
>   1000 West Street, 17th Floor
>   Wilmington, Delaware 19801
>   (302) 571-6600
>   jshaw@ycst.com
>
>   *Attorneys for Defendant, Teva Pharmaceuticals USA, Inc.*