IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELI LILLY AND COMPANY and, <br> THE TRUSTEES OF PRINCETON <br> UNIVERSITY <br>            Plaintiffs, <br> v. <br> TEVA PARENTERAL MEDICINES, INC. <br>            Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  C.A. No. 08-335-GMS <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Francis C. Lynch, Esquire and April E. Abele, Esquire to represent Defendant Teva Parenteral Medicines, Inc. in this matter. In accordance with Standing Order for District Court Fund, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

                                              YOUNG CONAWAY STARGATT & TAYLOR, LLP

                                              Josy W. Ingersoll (No. 1088) <br>
                                              John W. Shaw (No. 3362) <br>
                                              The Brandywine Building <br>
                                              1000 West Street, 17th Floor <br>
                                              Wilmington, DE 19801 <br>
                                              jshaw@ycst.com <br>
                                              (302) 571-6698

                                              *Attorneys for Defendant Teva Parenteral* <br>
                                              *Medicines, Inc.*

Dated: July 10, 2008

**ORDER**

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys, Francis C. Lynch, Esquire and April E. Abele, Esquire are admitted *pro hac vice*.

Dated: July ___, 2008

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Francis C. Lynch, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Francis C. Lynch
Goodwin Procter LLP
53 State Street
Boston, MA 02109

Dated: June 27, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELI LILLY AND COMPANY and, THE TRUSTEES OF PRINCETON UNIVERSITY<br>    Plaintiffs,<br><br>vs.<br><br>TEVA PARENTERAL MEDICINES, INC.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08-335 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, April E. Abele, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California and District of Columbia Bar and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

*[signature]*

April E. Abele
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, CA 94111
T: 415-733-6096
F: 415-677-9041
aabele@goodwinprocter.com

Dated: July 1, 2008

2

## CERTIFICATE OF SERVICE

I, John W. Shaw, Esquire, hereby certify that on July 10, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Frederick L. Cottrell, III, Esquire
> Anne Shea Gaza, Esquire
> Richards Layton & Finger
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801

I further certify that on July 10, 2008, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel of record and on the following in the manner indicated:

**BY E-MAIL**

> Bruce R. Genderson, Esquire
> Adam L. Perlman, Esquire
> Ellen E. Oberwetter, Esquire
> Dov. P. Grossman, Esquire
> David M. Krinsky, Esquire
> Williams & Connolly LLP
> 725 Twelfth Street, N.W.
> Washington, DC 20005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ John W. Shaw_
John W. Shaw (No. 3362)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jshaw@ycst.com