

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

David E. Moore
Attorney at Law
dmoore@potteranderson.com
302 984-6147  Direct Phone
302 658-1192  Fax

November 16, 2010

**VIA ELECTRONIC FILING (W/O EXS.)**

Dr. Peter T. Dalleo, Clerk of the Court
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street, 4th Floor
Wilmington, DE  19801

  Re: **Eli Lilly and Company et al v. APP Pharmaceuticals, LLC**
     **C. A. 08-335-GMS**

Dear Dr. Dalleo:

  Enclosed are a list and CD containing Defendants' Trial Exhibits that were offered into evidence in the recent trial held in the above-referenced action.

  Please let me know if you have any questions regarding this matter.

              Respectfully,

              */s/ David E. Moore*

              David E. Moore

DEM/msb/989981/33371
Enclosure

cc:  Clerk of the Court (w/encs.)