IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELI LILLY AND COMPANY and <br> THE TRUSTEES OF PRINCETON <br> UNIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PARENTERAL MEDICINES, INC., <br> APP PHARMACEUTICALS, LLC, <br> and BARR LABORATORIES, INC., <br><br> Defendants. | C.A. No. 08-335-GMS |

## JUDGMENT

This action came before the Court for a bench trial on November 8, 2010. The issues have been tried and the court issued a Memorandum and Order (D.I. 112) on July 28, 2011. Therefore,

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the plaintiffs, ELI LILLY AND COMPANY and THE TRUSTEES OF PRINCETON UNIVERSITY, and against the defendants, TEVA PARENTERAL MEDICINES, INC., APP PHARMACEUTICALS, LLC, and BARR LABORATORIES, INC., that the '932 patent is not invalid for obviousness-type double patenting.

Dated: July 29, 2011

_____
CHIEF, UNITED STATES DISTRICT JUDGE